David S. Kahn, Esq.
Nevada Bar No. 007038
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
415 South Sixth Street, Suite 300
Las Vegas, NV 89101
(702) 382-1414; FAX (702) 382-1413
Attorneys for Defendant
CEC Entertainment, Inc. d/b/a Chuck E. Cheese's

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIANE M. DONNETT, | Case No.: 2:08-CV-00113-ECR-LRL |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| CEC ENTERTAINMENT, INC., d/b/a CHUCK E. CHEESE'S; DOES I through 10; and ROE CORPORATIONS I through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed in its entirety with prejudice. Each party to bear their own costs, attorney fees and judgment interest, if any. Trial has not been set.

DATED this ___ day of April, 2010.          DATED this ___ day of April, 2010.

RALPH A. SCHWARTZ, P.C.                      WILSON, ELSER, MOSKOWITZ,
                                             EDELMAN & DICKER LLP

_____                    _____
Ralph A. Schwartz, Esq.                      David S. Kahn, Esq.
Nevada Bar No.005488                         Nevada Bar No. 007038
900 South Fourth Street, Suite 212           415 South Sixth Street, Suite 300
Las Vegas, NV 89101                          Las Vegas, NV 89101
Phone No. (702) 888-5291                     (702) 382-1414; FAX (702) 382-1413
Fax No. (702) 888-5292                       Attorneys for Defendant
Attorney for Plaintiff                       CEC ENTERTAINMENT, Inc. d/b/a
DIANE M. DONNETT                             CHUCK E. CHEESE'S

174889.1

## **ORDER**

IT IS HEREBY ORDERED, ADJUDGED and DECREED, that the above-captioned matter be dismissed in its entirety with prejudice. Each party to bear their own costs, attorney fees and judgment interest, if any.

DATED this _____ day of April 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP

_____
David S. Kahn, Esq.
Nevada Bar No. 007038
415 South Sixth Street, Suite 300
Las Vegas, NV  89101
(702) 382-1414; FAX (702) 382-1413
Attorneys for Defendant
CEC ENTERTAINMENT, Inc. d/b/a
CHUCK E. CHEESE'S

2

174889.1